UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CorVu Corporation,
Plaintiff,

v.

John Doe and Mary Roe,
Defendant.

00 CV 1188 (DDA/FLN)

**ORDER**

---

The Summons in the above matter was issued on May 12, 2000. Over 120 days have passed since the issuance of the Summons and the file does not indicate that service of the Summons and Complaint has been made upon the defendant.

Accordingly,

**IT IS ORDERED** That the plaintiff show cause, if any there be, why service has not been made and why the action should not be dismissed without prejudice. Such cause shall be shown in writing within ten (10) days of this Order and, if good cause is not shown, the action shall forthwith be dismissed without prejudice.

DATED: September 21, 2000.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________